UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| FABIAN SAVINO,<br><br>Plaintiff,<br><br>-v-<br><br>CITY OF NEW YORK et al.,<br><br>Defendants. | : | 26-CV-7373 (JMF)<br><br>ORDER |

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's September 1, 2026 Order, ECF No. 3, Defendants were required to file proof of service of the Court's September 1, 2026 Order and the Court's Individual Rules and Practices in Civil Cases on Plaintiff no later than two days from the date of that Order. To date, Defendants have not filed that proof of service. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 11, 2026**. Failure to file proof of service by that deadline may result in the case being dismissed as abandoned.

SO ORDERED.

Dated: September 4, 2026
New York, New York

JESSE M. FURMAN
United States District Judge